UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CHARLES GELLOCK, | No. 2:17-cv-1911 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| M. MARTEL, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel. On November 29, 2017, petitioner filed a motion for default judgment and requested that his petition be granted. However, on November 20, 2017, respondent filed a motion to dismiss. Therefore, respondent has timely filed a response, as required by this court's September 26, 2017 order (ECF No. 4), and petitioner's motion is denied. Pursuant to such order, petitioner is required to file an opposition within thirty days from November 20, 2017. However, in his filing, petitioner claims that as of November 26, 2017, he had not received any response from respondent. The Clerk of the Court is directed to send petitioner a copy of respondent's motion, and petitioner is granted thirty days from the date of this order in which to file his opposition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request (ECF No. 13) is denied;

////

1

2. The Clerk of the Court shall send petitioner a copy of respondent's motion (ECF No. 10); and

3. Petitioner is granted thirty days from the date of this order in which to file an opposition to respondent's motion to dismiss.

Dated: December 12, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gell1911.36