1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD CHARLES GELLOCK,

                Petitioner,

       v.

M. MARTEL,

                Respondent.

No. 2:17-cv-1911 MCE KJN P

ORDER

This petition for writ of habeas corpus was dismissed on June 15, 2018. On June 21, 2018, petitioner filed a document styled, "Motion for Order to Expedite the Petitioner's Petition to Exhaust." (ECF No. 26.) In his motion, petitioner asks this court to order the California Supreme Court to expedite his petition for review sent to the state court on April 12, 2018.

This court has no jurisdiction to issue orders to the California Supreme Court. Moreover, as of July 2, 2018, the state courts website[1] reflect no filings by petitioner in the California Supreme Court in April of 2018. The only filing reflected was the petition for review filed in People v. Gellock, No. S234433 which was denied on June 15, 2016.

---

[1] The court may take judicial notice of facts that are "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b), including undisputed information posted on official websites. Daniels-Hall v. National Education Association, 629 F.3d 992, 999 (9th Cir. 2010). It is appropriate to take judicial notice of the docket sheet of a California court. White v. Martel, 601 F.3d 882, 885 (9th Cir. 2010). The address of the official website of the California state courts is www.courts.ca.gov.

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 26) is denied.

Dated: July 5, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gell1911.158